

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-17-00428-CV

Javier **MORA**,
Appellant

v.

Anna **MORA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CI00776
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Motion for Rehearing is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court